**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jason T Petersik** | Social Security number or ITIN  xxx–xx–3002 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Shree R Rajadurai** | Social Security number or ITIN  xxx–xx–7104 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed for chapter  **7**   **2/4/19** |
| Case number:   **19–02867** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**             12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jason T Petersik | Shree R Rajadurai |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1207 W Haven Dr<br>Arlington Hts, IL 60005 | 1207 W. Haven Dr<br>Arlington Heights, IL 60005 |
| 4. | **Debtor's attorney**<br>Name and address | Yisroel Y Moskovits<br>The Semrad Law Firm, LLC<br>20 S. Clark St.<br>28th Floor<br>Chicago, IL 60603 | Contact phone (312) 256–8515<br>Email:  imoskovits@semradlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Karen R Goodman ESQ<br>Taft Stettinius & Hollister LLP<br>111 East Wacker Dr<br>Suite 2800<br>Chicago, IL 60601 | Contact phone (312) 836–4048<br>Email: kgoodman@taftlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**             page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division <br>219 S Dearborn <br>7th Floor <br>Chicago, IL 60604 | Hours open: <br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br><br>Contact phone 1–866–222–8029 <br><br>Date: 2/5/19 |
| **7.** | **Meeting of creditors** <br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 5, 2019 at 01:30 PM** <br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location: <br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse** <br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse arises. | |
| **9.** | **Deadlines** <br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br>**You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br>**You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/6/19** |
| | | **Deadline to object to exemptions:** <br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 19-02867-LAH
Jason T Petersik                                                    Chapter 7
Shree R Rajadurai
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lorsmith           Page 1 of 2          Date Rcvd: Feb 05, 2019
                              Form ID: 309A            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2019.
```
db/jdb         +Jason T Petersik,    Shree R Rajadurai,    1207 W Haven Dr,    Arlington Hts, IL 60005-3524
27506164       +ALLY FINANCIAL,    c/o:  C T Corporation System,    208 So Lasalle St, Suite 814,
                 Chicago, IL 60604-1101
27506154       +CITI,    P.O. BOX 9001037,    Louisville, KY 40290-1037
27506167       +IDOR-Bankruptcy Section,    Po Box 851388,    Minneapolis, MN 55485-1388
27506168       +Madison Park HOA,    25885 S. Ridgeland, Suite 6,    Monee, IL 60449-8313
27506169       +Northwest Community Hospital,    800 Central Rd,    Arlington Heights, IL 60005-2349
27506148       +PNC MORTGAGE,    Po Box 1820,    Dayton, OH 45401-1820
27506153       +PNCBANK,    2730 LIBERTY AVE,    PITTSBURGH, PA 15222-4747
27506147       +SPECIALIZED LOAN SERVI,    8742 LUCENT BLVD STE 300,    HIGHLANDS RANCH, CO 80129-2386
27506156       +UHEAA,   PO BOX 61047,    HARRISBURG, PA 17106-1047
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: imoskovits@semradlaw.com Feb 06 2019 02:21:27     Yisroel Y Moskovits,
                 The Semrad Law Firm, LLC,    20 S. Clark St.,    28th Floor,   Chicago, IL  60603
tr             +EDI: QKRGOODMAN.COM Feb 06 2019 07:04:00     Karen R Goodman, ESQ,
                 Taft Stettinius & Hollister LLP,    111 East Wacker Dr,    Suite 2800,   Chicago, IL 60601-4277
27506160       +EDI: AMEREXPR.COM Feb 06 2019 07:03:00      AMEX,    PO box 981540,   El Paso, TX 79998-1540
27506163       +EDI: CAPITALONE.COM Feb 06 2019 07:04:00      CAP1/BSTBY,    PO BOX 30253,
                 SALT LAKE CITY, UT 84130-0253
27506155        EDI: CAPITALONE.COM Feb 06 2019 07:04:00      CAPITAL ONE BANK USA N,    PO BOX 85520,
                 RICHMOND, VA 23285
27506149       +EDI: CHASE.COM Feb 06 2019 07:03:00      CHASE CARD,    201 N Walnut St,
                 Wilmington, DE 19801-2920
27506152       +EDI: CITICORP.COM Feb 06 2019 07:04:00      CITICARDS CBNA,    PO BOX 6497,
                 SIOUX FALLS, SD 57117-6497
27506162       +EDI: WFNNB.COM Feb 06 2019 07:03:00      COMENITY BANK/ROOMPLCE,    PO BOX 182789,
                 COLUMBUS, OH 43218-2789
27506159       +EDI: WFNNB.COM Feb 06 2019 07:03:00      COMENITYBANK/VICTORIA,    220 W SCHROCK RD,
                 WESTERVILLE, OH 43081-2873
27506151       +EDI: DISCOVER.COM Feb 06 2019 07:03:00      DISCOVER FIN SVCS LLC,    PO Box 3025,
                 New Albany, OH 43054-3025
27506166       +EDI: IRS.COM Feb 06 2019 07:04:00     IRS 1,    PO Box 7346,   Philadelphia, PA 19101-7346
27506161       +EDI: CBSKOHLS.COM Feb 06 2019 07:03:00      KOHLS/CAPONE,    PO BOX 3115,
                 MILWAUKEE, WI 53201-3115
27506150       +E-mail/Text: bankruptcy@prosper.com Feb 06 2019 02:24:08      PROSPER MARKETPLACE IN,
                 111 SUTTER ST FL 22,    SAN FRANCISCO, CA 94104-4540
27506158       +EDI: RMSC.COM Feb 06 2019 07:04:00      SYNCB/AMAZON,    PO BOX 965015,   ORLANDO, FL 32896-5015
27506157       +EDI: RMSC.COM Feb 06 2019 07:04:00      SYNCB/BANAREPDC,    PO BOX 965005,
                 Orlando, FL 32896-5005
27506165       +EDI: USAA.COM Feb 06 2019 07:03:00      USAA FEDERAL SAVINGS B,    10750 MCDERMOTT FWY,
                 SAN ANTONIO, TX 78288-1600
                                                                                              TOTAL: 16
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: lorsmith              Page 2 of 2            Date Rcvd: Feb 05, 2019
                              Form ID: 309A               Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2019 at the address(es) listed below:

        Karen R Goodman, ESQ    kgoodman@taftlaw.com,
         il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com;kgoodman@ecf.epiqsystems.com
        Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
        Yisroel Y Moskovits     on behalf of Debtor 1 Jason T Petersik imoskovits@semradlaw.com,
         ilnb.courtview@SLFCourtview.com
        Yisroel Y Moskovits     on behalf of Debtor 2 Shree R Rajadurai imoskovits@semradlaw.com,
         ilnb.courtview@SLFCourtview.com

                                                                                                                                                    TOTAL: 4