## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-02867 |
| Jason T. Petersik; | CHAPTER 7 |
| Shree R. Rajadurai; | |
| | JUDGE LaShonda A. Hunt |
| Debtor(s). | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 2, 2019 at 10:00 am, or soon thereafter as counsel may be heard, I shall appear before the Honorable LaShonda A. Hunt or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in Room 719 at 219 South Dearborn Street, Chicago, IL 60604, and move to present the attached motion.

/s/ Crystal V. Sava
Attorney for Creditor

**NOTE: This law firm is deemed to be a debt collector.**

### CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2019, a true and correct copy of the foregoing NOTICE OF MOTION was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Yisroel Y. Moskovits, Debtor's Counsel
- Karen R. Goodman, ESQ, Trustee
- Patrick S. Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:

- Jason T. Petersik, 1207 W. Haven Dr., Arlington Hts., IL  60005
- Shree R. Rajadurai, 1207 W. Haven Dr., Arlington Heights, IL 60005

/s/ Thomas Girard

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 19-02867 |
| Jason T. Petersik;<br>Shree R. Rajadurai; | CHAPTER 7 |
| | JUDGE LaShonda A. Hunt |
| Debtor(s). | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Now comes PNC Bank, National Association, secured creditor herein, by and through its attorneys, ANSELMO LINDBERG & ASSOCIATES LLC, and moves for entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The debtors filed a petition for relief under Chapter 7 on February 4, 2019.

5. PNC Bank, National Association holds a mortgage secured by a lien on debtors' real estate commonly known as 3150 Obrien Dr., Aurora, Illinois 60502.

6. There is no equity in the property as the value is $200,000.00 (per Schedule A/B) and the total payoff amount as of April 3, 2019, is $185,701.69. After the homestead exemptions and costs of sale, there would be no funds left to administer to the estate (See attached Equity Analysis). Furthermore, the Trustee filed a report of no assets on April 2, 2019.

7. Per the statement of intentions, the property is being surrendered.

8. Due to the debtors surrendering the property to the creditor and the failure of the debtors to make timely payments, there is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. §§ 362(d)(1).

9. The property is not necessary to an effective reorganization.

10. The movant requests the Court order that Rule 4001(a)(3) is not applicable.

**WHEREFORE**, Movant prays for an entry of the attached Order Granting Relief from the Automatic Stay and for such further relief as this Court deems proper.

PNC Bank, National Association

/s/ Crystal V. Sava

Anselmo Lindberg & Associates
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@AnselmoLindberg.com
Firm File Number: B19040008
This law firm is deemed to be a debt collector.